# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

S. Marie Johnson
16th JDC PDO
106 W. Berard Street
St. Martinvill LA 70582

**REHEARING ACTION: July 2, 2014**

**Docket Number: 13   01415-JAC**

**STATE OF LA
IN THE INTEREST OF
E. R. S.**

**Appealed from St. Martin Parish Case No. 11JV16372**

<u>**BEFORE JUDGES**</u>**:**

    **Hon. Elizabeth A. Pickett
Hon. Shannon J. Gremillion
Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **P.  A. and J. S.** has this day been

    **DENIED.**

cc: Thailund Treymeine Porter-Green, Counsel for the Appellee
    Leah Antoinette Beard, Counsel for the Appellee
    Charlotte Grandpre Bordenave, Counsel for the Appellee